## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Shaka L Zulu

                                    Plaintiff,

v.                                                              Case No.: 1:18–cv–02498
                                                              Honorable John J. Tharp Jr.

CDT Cook Dupage Transportation, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 30, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:On April 27, 2018, the Court dismissed Plaintiff's pro se complaint on initial review pursuant to 28 U.S.C. § 1915 for failure to state a plausible claim. The Court gave Plaintiff until May 25, 2018 to file an amended complaint and warned Plaintiff that failure to file an amended complaint would result in summary dismissal of this case. Plaintiff having failed to file an amended complaint, the Court dismisses this case without prejudice for failure to prosecute. Civil case terminated.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.